SEALED

FILED BY_____ D.C.

JUN 0 8 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-Cr-60114- Seda/Goodman

18 U.S.C. § 2423(b)
18 U.S.C. § 2252(a)(1)
18 U.S.C. § 2252(a)(4)(B)

UNITED STATES OF AMERICA

v.

HAVEN CATES III,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Traveling for Sex with a Minor**
**(18 U.S.C. § 2423(b))**

On or about January 20, 2022, at the Fort Lauderdale-Hollywood International Airport, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HAVEN CATES III,**

a United States citizen, did travel in foreign commerce with a motivating purpose of engaging in any illicit sexual conduct with another person, that is, Minor Victim 1, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 2
### Traveling for Sex with a Minor
### (18 U.S.C. § 2423(b))

On or about January 20, 2022, at the Fort Lauderdale-Hollywood International Airport, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HAVEN CATES III,**

a United States citizen, did travel in foreign commerce with a motivating purpose of engaging in any illicit sexual conduct with another person, that is, Minor Victim 2, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 3
### Transportation of Child Pornography
### (18 U.S.C. § 2252(a)(1))

On or about January 24, 2023, at the Fort Lauderdale-Hollywood International Airport, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HAVEN CATES III,**

did knowingly transport any visual depiction, in and affecting interstate and foreign commerce, using a means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

## COUNT 4
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B))

On or about January 24, 2023, at the Fort Lauderdale-Hollywood International Airport, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HAVEN CATES III,**

did knowingly possess matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor or a minor who had not attained twelve (12) years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **HAVEN CATES III**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a):

>   (a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, one (1) iPhone 12 Pro Max and one (1) iPhone X.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

**CERTIFICATE OF TRIAL ATTORNEY**

HAVEN CATES III, _____ /
        Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☒ FTL    ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take  5  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)     (Check only one)
   I    ☒ 0 to 5 days     ☐ Petty
   II    ☐ 6 to 10 days     ☐ Minor
   III    ☐ 11 to 20 days     ☐ Misdemeanor
   IV    ☐ 21 to 60 days     ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
AJAY J. ALEXANDER
Assistant United States Attorney
Court ID No.    A5502506

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  HAVEN CATES III

**Case No**: _____

Counts 1-2:

Traveling for Sex with a Minor

Title 18, United States Code, Section 2423(b)
* **Max. Term of Imprisonment: 30 Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Life with a Mandatory Minimum of 5 Years**
* **Max. Fine: $250,000**

Count 3:

Transportation of Child Pornography

Title 18, United States Code, Section 2252(a)(1)
* **Max. Term of Imprisonment: 20 Years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: Life with a Mandatory Minimum of 5 Years**
* **Max. Fine: $250,000**

Count 4:

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Life with a Mandatory Minimum of 5 Years**
* **Max. Fine: $250,000**

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**