UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 23-60114-CR-SCOLA

UNITED STATES OF AMERICA,

       *Plaintiff*,

vs.

HAVEN CATES, III,

       *Defendant.*

_____/

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITION OF BOND

THIS CAUSE came before the Court upon the Defendant's Unopposed Motion to Modify Condition of Bond, and the Court having reviewed the motion and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Defendant's Unopposed Motion to Modify Condition of Bond (**ECF No. 28**) is hereby **granted**. The bond condition that requires the Defendant to rely on his father or sister for transportation to and from his place of employment is eliminated. The Defendant may transport himself to and from his place of employment.

DONE and ORDERED in Miami, Florida, on January 18, 2024.

ROBERT N. SCOLA, JR.
United States District Judge

cc: Counsel of Record